UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PROTECT THE PUBLIC'S TRUST, | |
| Plaintiff, | |
| v. | Civil Action No. 25-1640 (ABJ) |
| U.S. DEPARTMENT OF EDUCATION, | |
| Defendant. | |

## ANSWER

Defendant, U.S. Department of Education, by and through undersigned counsel, respectfully submits this Answer to the Complaint (ECF No. 1) filed by Plaintiff Protect the Public's Trust ("Plaintiff") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Any allegations not specifically admitted, denied, or otherwise responded to below are hereby denied.

To the extent the Complaint refers to or quotes from external documents, statutes or other sources, Defendant may refer to such materials for their accurate and complete contents in response; however, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited materials are: (a) correctly cited or quoted by Plaintiff; (b) relevant to this, or any other, action; or (c) admissible in this or any other action. Defendant expressly denies all allegations in the Complaint, including the relief sought, that are not specifically admitted to or otherwise qualified in this Answer. Defendant responds to the Complaint in like numbered paragraphs as follows:

1.    This paragraph consists of Plaintiff's characterization of this action, to which no response is required. To the extent a response is deemed required, Defendant admits that Plaintiff purports to bring this action under the FOIA.

## JURISDICTION AND VENUE[1]

2. This paragraph consists of legal conclusions regarding jurisdiction, to which no response is required.  To the extent that a response is deemed required, Defendant admits that this Court has jurisdiction over claims involving proper FOIA requests, subject to the terms and limitations of FOIA.

3. This paragraph consists of legal conclusions regarding venue, to which no response is required. To the extent that a response is deemed required, Defendant admits that this Court has venue over claims involving proper FOIA requests, subject to the terms and limitations of FOIA.

## PARTIES

4. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

5. Defendant admits that it is a federal agency within the meaning of the FOIA.  The remaining allegations in this paragraph consist of Plaintiff's conclusions of law, to which no response is required.

## STATEMENT OF FACTS

6. Defendant admits that two requests were submitted on July 7, 2023. Defendant denies that two other requests were submitted on that date.  By way of further answer, Defendant avers that the two other requests were received on September 11, 2023.

7–8. These paragraphs consist of Plaintiff's characterization of two of its FOIA requests, to which no response is required. To the extent a response is deemed required, Defendant avers

---

[1] Merely for ease of reference, Defendant replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings (*see* Fed. R. Civ. P. 10(b)), to the extent a response is deemed required and to the extent those headings could be construed to contain factual allegations, those allegations are denied.

that the requests are the best evidence of their contents and respectfully refer this Court to those requests for a complete and accurate statement of their contents. Defendant denies all allegations in these paragraphs to the extent they are inconsistent therewith.

9–12.   Defendant admits the allegations in these paragraphs.

13.     Defendant admits that it did not provide an update on that FOIA request after July 10, 2023, through the date of the Complaint.

14–15. These paragraphs consist of Plaintiff's characterization of two of its FOIA requests, to which no response is required. To the extent a response is deemed required, Defendant avers that the requests are the best evidence of their contents and respectfully refer this Court to those requests for a complete and accurate statement of their contents. Defendant denies all allegations in these paragraphs to the extent they are inconsistent therewith.

16–19. Defendant admits the allegations in these paragraphs.

20.     Defendant admits that it did not provide an update on that FOIA request after July 10, 2023, through the date of the Complaint.

21.     This paragraph consists of conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies that it is in violation of FOIA.

22.     Defendant admits that it has not provided a determination on the four requests discussed in the Complaint. The remainder of the paragraph consists of conclusions of law, to which no response is required.  To the extent a response is deemed required, Defendant denies that it is in violation of FOIA.

23.     Defendant admits that it has not provided a determination on the four requests discussed in the Complaint.  The remainder of the paragraph consists of conclusions of law, to

which no response is required. To the extent a response is deemed required, Defendant denies that it is in violation of FOIA.

24.    This paragraph consists of conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies that it is in violation of FOIA.

25.    The remainder of the paragraph consists of conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant admits that Plaintiff has constructively exhausted its administrative remedies.

## COUNT I

**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

24.    Defendant incorporates by reference their responses to all preceding paragraphs as if set forth fully herein.

25–28. Defendant admits that is an agency subject to FOIA. The remainder of these paragraphs consist of conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies that it is in violation of FOIA.

29.    This paragraph consists of Plaintiff's requests for relief, to which no response is required. To the extent that a response is required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## REQUESTED RELIEF

The remainder of the Complaint consists of Plaintiff's prayer for relief, to which no response is required. To the extent that a response is required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

In further response to the Complaint, Defendant raises the following defenses. Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses in this answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

### FIRST DEFENSE

Plaintiff is not entitled to compel the production of any record or portion of any record protected from disclosure by one or more of the exclusions or exemptions to the FOIA or the Privacy Act, 5 U.S.C. § 552a.

### SECOND DEFENSE

The Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by the FOIA.

### THIRD DEFENSE

Plaintiff is neither eligible for nor entitled to attorney's fees or costs.

### FOURTH DEFENSE

Defendant's actions or inactions did not violate the FOIA or any other statutory or regulatory provision.

### FIFTH DEFENSE

Defendant has not improperly withheld records requested by Plaintiff under FOIA.

### SIXTH DEFENSE

Defendant reserves the right to assert additional defenses in the event any additional defenses would be appropriate because Defendant has insufficient knowledge or information on which to form a belief as to whether they have any additional, as yet unstated, defenses available.

Dated: July 10, 2025
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:          */s/ Brian J. Levy*
      BRIAN J. LEVY
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-6734

      *Attorneys for the United States of America*